UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICIA ANN HINES-SHARP,

Plaintiff,

v.  Case No.3:11-cv-645-J-12MCR

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 20) of the United States Magistrate Judge, filed May 1, 2012, recommending that the Commissioner's decision to deny Plaintiff's application for Social Security benefits be affirmed.

As of the date of this Order, neither party has filed an objection to the Report and Recommendation within the fourteen (14) day objection period. As a result, each party is barred from a de novo review of the issues contained therein by this Court and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b); and Local Rule 6.02(a), United States District Court for the Middle District of Florida. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1. That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 20);

2. That the decision of the Commissioner is hereby AFFIRMED; and

3. That the Clerk is directed to enter judgment in accordance with this Order and to close the case.

DONE AND ORDERED this **31st** day of May 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE

c:

Hon. Monte C. Richardson,
United States Magistrate Judge

Counsel of Record