PATRICIA ANN HINES-SHARP,

Plaintiff,

v.

Case No.3:11-cv-645-J-12MCR

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 20) of the

United States Magistrate Judge, filed May 1, 2012, recommending that the Commissioner's

decision to deny Plaintiff's application for Social Security benefits be affirmed.

As of the date of this Order, neither party has filed an objection to the Report and

Recommendation within the fourteen (14) day objection period. As a result, each party is

barred from a de novo review of the issues contained therein by this Court and from

attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b); and

Local Rule 6.02(a), United States District Court for the Middle District of Florida.

Accordingly, upon review of the matter, it is

### ORDERED AND ADJUDGED:

1. That the Court hereby adopts the Report and Recommendation of the United

States Magistrate Judge (Doc. 20);

2. That the decision of the Commissioner is hereby AFFIRMED; and

3.    That the Clerk is directed to enter judgment in accordance with this Order and

to close the case.

DONE AND ORDERED this **3 1st** day of May 2012.

Howell W. Melton
SENIOR UNITED STATES DISTRICT JUDGE

c:

Hon. Monte C. Richardson,
United States Magistrate Judge

Counsel of Record